IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03071-REB-MEH

JUSTIN RUEB, a/k/a Justin Joseph Rueb,

      Plaintiff,

v.

BROWN,
BURBANK, DENNIS,
DOE (3 "John Doe" mailroom officers),
JONES, SUSAN, and
ZAVARAS, ARISTEDES,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2011.**

      Plaintiff's "Motion to Alter and Amend Judgement (and Combined Motion to Amend Complaint)" [filed April 8, 2011; docket #15] is **denied without prejudice**.  Plaintiff does not comply with Fed. R. Civ. P. 5(d)(1) and D.C. Colo. LCivR 5.1G, requiring the inclusion of a certificate of service with any filing.  Additionally, Plaintiff submits two separate requests for relief in one motion.  One of these requests is a motion to amend complaint; however, Plaintiff does not include a proposed Amended Complaint for the Court's (and Defendants') review.  If Plaintiff chooses to re-file a motion for leave to amend, he must include a proposed Amended Complaint.