IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03071-REB-MEH

JUSTIN RUEB, a/k/a Justin Joseph Rueb,

    Plaintiff,

v.

BROWN,
BURBANK, DENNIS,
DOE (3 "John Doe" mailroom officers),
JONES, SUSAN, and
ZAVARAS, ARISTEDES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2011.**

    Plaintiff's Motion to Alter and Amend Judgement . . . [filed April 19, 2011; docket #19] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(d)(1) and D.C. Colo. LCivR 5.1G, requiring the inclusion of a certificate of service with any filing. Any future filings not in compliance with these rules may be stricken.