IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03071-REB-MEH

JUSTIN RUEB, a/k/a Justin Joseph Rueb,

    Plaintiff,

v.

BROWN,
BURBANK, DENNIS,
DOE (3 "John Doe" mailroom officers),
JONES, SUSAN, and
ZAVARAS, ARISTEDES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2011.**

    Plaintiff's "Motion for an Order Ordering the Defendants to File and Serve an 'Answer' to the Allegations Made in the Complaint" [filed August 15, 2011; docket #45] is **denied**.  In accordance with Fed. R. Civ. P. 12(b), Defendant has responded properly to the complaint by filing a motion to dismiss, which remains pending before Judge Blackburn.